IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:11-CR-04015-01/02-BCW |
| | ) | |
| ANDREW DAVID BRANDWEIN | ) | |
| DEBRA LOUISE BRANDWEIN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #58) denying Defendants' Motions to Suppress evidence as a result of the search of their residence (Docs. #33 and #38). Defendants filed objections to the Report and Recommendation. (Docs. #72 and #73). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED the Magistrate Judge Whitworth's Report and Recommendation (Doc. #58) shall be attached to and made part of this Order, and Defendants' Motions to Suppress evidence (Docs. #33 and #38) are DENIED.

IT IS SO ORDERED.


DATED: March 28, 2013                    /s/ Brian C. Wimes
                                         JUDGE BRIAN C. WIMES
                                         UNITED STATES DISTRICT COURT